**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CARLOS FIGUEROA,

                Plaintiff,                  23 **CIVIL** 6455 (KHP)

    -v-                                  **<u>JUDGMENT</u>**

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated December 13, 2023, that the final decision of the Commissioner of Social Security be, and hereby is, remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. On remand, Plaintiff will be offered the opportunity for a new hearing.

**Dated:**  New York, New York

      December 13, 2023

                                                      **RUBY J. KRAJICK**
                                                      **Clerk of Court**

                            **BY:**
                                                    _____
                                                           **Deputy Clerk**